IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF WREN,

    Petitioner,                         No. 2:10-cv-1735-MCE-EFB

    vs.

JAMES YATES,                            ORDER

    Respondent.

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 27, 2010, the undersigned issued an order directing petition to file an opposition to respondent's motion to dismiss within 21 days. ECF No. 16. Petitioner failed to comply with that order. Therefore, on December 8, 2010, the undersigned issued findings and recommendations recommending this action be dismissed without prejudice. ECF No. 17. On February 7, 2011, the assigned district judge adopted the findings and recommendations in full, dismissed this action without prejudice, and entered judgment accordingly. ECF Nos. 18, 19.

    Since June 6, 2011, petitioner has filed six requests for the status of his case. ECF Nos. 20, 21, 22, 23, 24, 25. The Clerk's Office has responded to many of petitioner's requests, informing him that his case was dismissed February 7, 2011. In his most recent request for

1

status, filed July 29, 2013, petitioner states that he has not "heard about his case status in years and never got a deniel [sic] or approval." ECF No. 25. Petitioner is hereby notified that his petition for writ of habeas corpus, filed June 29, 2010, was dismissed on February 7, 2011. Petitioner is advised that the court will disregard and issue no response to any future filing not contemplated by the Federal Rules of Civil Procedure.

The Clerk of the Court is directed to serve a copy of this order; the December 8, 2010, findings and recommendations, ECF No, 17; the February 7, 2011 order, ECF No. 18; and the February 7, 2011 judgment, ECF No. 19, on petitioner.

SO ORDERED.

DATED: July 31, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE